Timothy HOUFF *v.* STATE of Arkansas

CR 01-595                                                    47 S.W.3d 888

Supreme Court of Arkansas
Opinion delivered July 9, 2001

*Sullivan Law Firm, P.L.L.C.*, by: *Kelly J. Adkins*, for appellant.

No response.

PER CURIAM. Appellant, Timothy Houff, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Kelly J. Adkins, admits in her motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.